1  **THE WESTON FIRM**
2  GREGORY S. WESTON (239944)
   *greg@westonfirm.com*
3  1405 Morena Blvd., Suite 201
   San Diego, CA 92110
4  Telephone:  (619) 798-2006
5
6  **Counsel for Plaintiffs**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL WILLIAMS, BRIAN STINSON, and JUSTIN BREWER, on behalf of themselves and all others similarly situated, | |
|---|---|
| Plaintiffs, | Case No. 5:25-cv-02264-FMO-DTB<br>Pleading Type: Class Action |
| v. | **PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)** |
| GLOBAL PRODUCT MANAGEMENT, INC., NATIONAL PRODUCT EXPLORATION, INC., and DISH DIRECT, INC. | |
| Defendants. | |

.

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs Michael Williams, Brian Stinson, and Justin Brewer respectfully move for a clerk's entry of default against Defendants Global Product Management, Inc., National Product Exploration, Inc., and Dish Direct, Inc.

## I. BACKGROUND

On May 21, 2025, Plaintiffs sent a CLRA demand letter to Defendants via Certified Mail with a return receipt requested. Weston Decl. ¶ 2. Defendants received Plaintiffs' demand letter, but failed to respond to the letter. Weston Decl. ¶ 3.

On August 29, 2025, Plaintiffs filed their complaint. Doc. 1. On September 8 and September 9, 2025, Defendants Global Product Management, Inc., National Product Exploration, Inc., and Dish Direct, Inc. were served with the the complaint, summons, and civil cover sheet in this matter. See Docs. 8-10. Defendants Global Product Management, Inc. and Dish Direct, Inc.'s deadline to respond to the Complaint was September 29, 2025, and Defendant National Product Exploration, Inc.'s deadline to file responsive pleadings was September 30, 2025. Fed. R. Civ. P. 12(a)(1)(A)(i). To date, Defendants have not filed responsive pleadings or otherwise appeared in this matter.

On September 24, 2025, Mike Trauben of Singh Singh & Trauben sent an email to counsel for Plaintiffs stating:

> Regarding the above-matter, our firm previously represented at least one of the named defendants in the past, and we are in the process of trying to ascertain whether we will be retained in connection in this matter. In that regard, pursuant to Local Rule 8-3, we were writing to respectfully request an initial 30 day extension of time to respond to the Complaint. If you can please let us know if this is agreeable, that would be much-appreciated.

Weston Decl. ¶ 4.

1

*Williams v. Global Product Management, Inc. et al.*, Case No. 5:25-cv-02264-FMO-DTB
PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

On October 3, 2025, Counsel for Plaintiffs sent an email to Mr. Trauben attaching a Stipulation and Proposed Order continuing Defendant's deadline to respond to the Complaint to October 27, 2025. Weston Decl. ¶ 5. Plaintiff's counsel has not received a response to this email. Weston Decl. ¶ 6.

## II. ARGUMENT

The Clerk should enter default because Plaintiffs seek affirmative relief in their complaint, all Defendants have been served, and all Defendants have failed to file responsive pleadings or otherwise defend the claims made against them. The clerk's entry of default is thus mandatory under Federal Rule of Civil Procedure 55(a), which provides that: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

Following the Clerk's entry of default, Plaintiffs will seek an entry of default judgment under Federal Rule of Civil Procedure 55(b).

## III. CONCLUSION

Plaintiffs respectfully request a clerk's entry of default against Defendants Global Product Management, Inc., National Product Exploration, Inc., and Dish Direct, Inc. pursuant to Federal Rule of Civil Procedure 55(a).

DATED: October 7, 2025					Respectfully Submitted,

s/ Gregory S. Weston
**THE WESTON FIRM**
GREGORY S. WESTON
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:  (619) 798-2006

**Counsel for Plaintiffs**

2

*Williams v. Global Product Management, Inc. et al.*, Case No. 5:25-cv-02264-FMO-DTB
PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)