# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS, BRIAN STINSON, and JUSTIN BREWER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL PRODUCT MANAGEMENT, INC., NATIONAL PRODUCT EXPLORATION, INC., and DISH DIRECT, INC.,<br><br>Defendants. | ) Case No.: 5:25-cv-02264 FMO (DTBx)<br>)<br>) The Honorable Fernando M. Olguin<br>) Courtroom 6D<br>)<br>) **ORDER DENYING STIPULATION [31]**<br>) **TO CONTINUE JANUARY 22, 2026**<br>) **SCHEDULING CONFERENCE**<br>)<br>) Scheduling Conference:  January 22, 2026<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**IT IS SO ORDERED.**

Dated: **January 8, 2026**

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE